O

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA MARTINEZ, an individual; on behalf of herself and all other similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>UNUM GROUP, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. CV 08 05393 CAS (JCx)<br><br>**ORDER GRANTING JOINT MOTION OF PARTIES FOR (1) APPROVAL OF SETTLEMENT ON INDIVIDUAL CLAIMS OF LETICIA MARTINEZ; (2) DISMISSAL OF CLASS ALLEGATIONS**<br><br>Hearing Date: March 2, 2009<br>Time: 10:00 a.m.<br>Courtroom: 5 |

The Court has considered the Joint Motion of Parties for (1) Approval of Settlement on Individual Claims of Leticia Martinez; and (2) Dismissal of Class Allegations ("Motion"), and accompanying affidavits of counsel, heard on March 2, 2009.

Good cause appearing therefore, IT IS HEREBY ORDERED that the Parties' Motion is GRANTED. The dismissal of the case under the terms set forth in the Motion and supporting papers is granted. The dismissal is with prejudice as

/ / /

/ / /

1   to Plaintiff Leticia Martinez' claims and without prejudice as to the class action
2   allegations.
3       IT IS SO ORDERED.
4
5   Dated: March 2, 2009
6                               Honorable Christina Snyder
7                               U.S. District Court Judge

-2-
[PROPOSED] ORDER GRANTING JOINT MOTION OF PARTIES
LA1 6769464.1 / 24335-000026